```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO VELASQUEZ,

                              Plaintiff,

          -against-

254 BROOME LLC, a New York limited
liability company, d/b/a SOMM TIME, and
DDCM BROOME REALTY LLC, a Delaware
limited liability company, and SMGB BROOME
LLC, a Delaware limited liability company,

                             Defendants.
-----------------------------------------------------------------X

**21-CV-7184 (PGG) (KHP)**

**ORDER ADJOURNING INITIAL
CASE MANAGEMENT
CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Settlement filed on November 22, 2021 (doc. no 23) the Initial Case Management Conference currently scheduled for **November 29, 2021** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
              November 23, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge